U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

OCT - 6 2006

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# SHREVEPORT DIVISION

JEMETRIC DEBROW

VERSUS

WARDEN, LA STATE PENITENTIARY

CIVIL NO. 5:03CV2219
JUDGE HICKS
MAG. JUDGE HORNSBY

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓ The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right for the reasons assigned in the Report and Recommendation of the Magistrate Judge (Record Doc. 19) previously filed herein.

___ The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at Shreveport, Louisiana, this 6th day of October, 2005

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE